# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0525

_____

DANIEL P. SMITH,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the County Court for Levy County.
Luis E. Bustamante, Judge.

May 13, 2026

PER CURIAM.

    AFFIRMED.

ROWE, RAY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Jasmine Dixon, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.